IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
AUG 20 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVANDER ALLEN JORDAN, JR. )<br>)<br>Defendant. ) | Criminal No. 08-40053<br><br>VIO: Title 18, United States Code,<br>Sections 2113(a) and (d) and 2 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 23, 2008, at Milan, in Rock Island County, in the Central District of Illinois, the defendant,

**EVANDER ALLEN JORDAN, JR.,**

did, by force, violence and intimidation, knowingly take from the person and presence of another, that is, employees of the Milan Branch of the DHCU Community Credit Union, the accounts of which were insured by the National Credit Union Administration, approximately $112,140 in United States currency belonging to and in the care, custody, control, management, and possession of, said credit union, and, in committing such offense, did knowingly assault and put in jeopardy the lives of those credit union employees by the use of a

dangerous weapon, namely, a handgun.

All in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

A TRUE BILL

S/Foreperson
FOREPERSON

S/Darilyn Knauss for

RODGER A. HEATON
UNITED STATES ATTORNEY
MJC